UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/8/2025
```

YOHANDRY JOSE CASTRO CONEO,,

        *Petitioner*,

-v-

PAUL ARTETA, *et al.*,

        *Respondents*.

Case No. 7:25-cv-09850-NSR

**MEMO ENDORSED**

## MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that as soon as counsel may be heard, the undersigned will move the Court, seeking a Temporary Restraining Order ("TRO") in the form attached hereto and asking that this matter be set down for a hearing to convert those temporary restraints into a Preliminary Injunction pursuant to Fed. R. Civ. P. 65. In support of this motion, Petitioner submits the accompanying Memorandum of Law in Support of a Temporary Restraining Order and the concurrently filed Petition for Writ of Habeas Corpus.

WHEREFORE, Petitioner respectfully requests that this Court grant this Motion for a Temporary Restraining Order and issue an order (i) enjoining Respondents from moving him outside the Southern District of New York; (ii) enjoining Respondents from detaining Petitioner under 8 U.S.C. § 1225(b)(2); and (iii) ordering Petitioner's immediate release from Respondents' custody.

Respectfully Submitted,

Date:  December 6, 2025
      New York, NY

/s/Jonathan Langer
Jonathan Langer (NY 5572359)
Law Office of Jonathan Langer, PLLC
260 Madison Ave, 17th Floor
New York, NY 10016
Phone: 646.801.9332
Email: jonathan@jonathanlangerlaw.com

*Attorney for Petitioner*

Respondents are directed to respond to each of the legal contentions raised by the Petitioner on or before Monday, December 15th at 12 noon.

Dated: December 8, 2025
      White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge