USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

YOHANDRY JOSE CASTRO CONEO,

Petitioner,

     -against-

JUDITH ALMODOVAR, *et al.*,

Respondents.
-----------------------------------------------------------------X

ORDER

25-cv-09850 (NSR)

NELSON S. ROMÁN, United States District Judge

    Petitioner Yohandry Jose Castro Coneo ("Petitioner") commenced this action by filing a petition for writ of habeas corpus on November 26, 2025, alleging that United States Immigration and Customs Enforcement ("ICE") is unlawfully detaining him. (ECF No. 1.) Plaintiff seeks (1) to prevent his transfer from outside the jurisdiction of the Southern District of New York while his habeas petition is pending and (2) his immediate release from ICE custody. (*Id.*)

    The Court has communicated with counsel for both the Petitioner and Respondents regarding the Petitioner's Temporary Restraining Order application. Both parties have confirmed that they do not believe a formal conference is necessary in this matter and that the Court is able to rule on the pending application based on the written submissions alone. Accordingly, the Court will proceed to resolve the issues presented in the pending application based on the materials currently before it, without the need for a conference. Should the Court determine that further argument is necessary, the Court will schedule a future hearing and notify the parties accordingly.

Dated: December 18, 2025
       White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge